UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDDIE A. MCGUIRE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:12-cv-00960-DML-TWP |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## Judgment

The court having made its entry on September 25, 2013, it is ADJUDGED that the decision of the Commissioner that Eddie A. McGuire, Jr. is not entitled to Disability Insurance Benefits based on his application filed in April 2007, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the court's entry according to 42 U.S.C. § 405(g).

So ORDERED.

Date: 09/25/2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Annette Lee Rutkowski
LAW OFFICES OF ANNETTE RUTKOWSKI
Anetrutkowski@gmail.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov